

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

James Henry Elrod, III, Appellant

No. 06-22-00131-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29422). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect that the statute for the offense is "Texas Penal Code, Sections 31.07 and 12.425(b)."  As modified, the judgment of the trial court is affirmed.

We note that the appellant, James Henry Elrod, III, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 12, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk